**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | **CASE NO. 3:25-cr-00080** |
| v. | ) | |
| | ) | |
| JAMES C. KING, III | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

Defendant James C. King, III ("Defendant"), by consent, appeared before me on **March 27, 2026**, pursuant to Federal Rule of Criminal Procedure 11, Local Rule of Criminal Procedure 1.2, and Local Rule of Civil Procedure 72.3, and has entered a plea of guilty to Count Two of the Indictment, a violation of Title 21, United States Code, Section 841(a)(1).

After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined the guilty plea was made knowingly and voluntarily, and that the offense charged was supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend the plea of guilty be accepted and that Defendant be adjudged guilty and have sentence imposed accordingly.

ENTER:

Dated:  March 27, 2026

*/s/ G. Alan Teague*
G. ALAN TEAGUE
U.S. MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to the Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. *See* 28 U.S.C. § 636(b)(1)(B) and LRCi 72.3 and 72.4.