**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. 3:25-cr-0080 |
| | ) |
| JAMES CALVERT KING, III, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the Recalled United States Magistrate Judge entered on March 27, 2026, ECF No. 147, recommending that the Defendant's plea of guilty to Count Two of the Indictment, Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 147, is **ADOPTED;** it is further

**ORDERED** that Defendant James Calvert King, III's plea of guilty as to Count Two of the Indictment is **ACCEPTED**, and that James Calvert King, III is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties **no later than May 22, 2026;** it is further

*United States v. King*
Case No. 3:25-cr-0080
Order
Page **2** of **2**

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office **no later than June 1, 2026;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court **no later than June 12, 2026;** it is further

**ORDERED** that the parties shall file their sentencing memoranda **no later than June 26, 2026**; and it is further

**ORDERED** that a sentencing hearing shall be held on **July 8, 2026, at 9:00 A.M.** in S. Thomas Courtroom No. 1 before Chief Judge Robert A. Molloy.

**Dated:** April 20, 2026

*/s/ Robert A. Molloy*
**ROBERT A. MOLLOY**
**Chief Judge**